UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                               )<br>            Plaintiff,                             )<br>                                                               )<br>v.                                                           )<br>                                                               )<br>NICANDRO RODRIGUEZ-SOLORZANO,  )<br>                                                               )<br>            Defendant.                         )<br>_____   ) | Case No. 1:05-cr-00200<br><br>Honorable Richard Alan Enslen |

**REPORT AND RECOMMENDATION**

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on August 24, 2005, after receiving the written consent of defendant and all counsel. At the hearing, defendant Nicandro Rodriguez-Solorzano entered a plea of guilty to the one-count Information, charging defendant with being an illegal alien in possession of a firearm in violation of 18 U.S.C. § 922(g)(5). On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to the one-count Information be accepted, and that the court adjudicate defendant guilty. Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

Date:  August 24, 2005                                /s/ Ellen S. Carmody
                                                            ELLEN S. CARMODY
                                                            United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to <u>de novo</u> review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than ten days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).